**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>CHRISTOPHER WALKER,　　　　)<br>　　　　　Defendant.　　　　　　)<br>_____) | Case No. 2:14-cr-00335-KJD-CWH<br><br>**ORDER** |

　　　　This matter is before the Court on Defendant Christopher Walker's ("defendant") Motion for Temporary Exemption from Local Rule (doc. # 24), and Motion to Dismiss Counsel and Appoint New Counsel (doc. # 25), both filed March 5, 2015.

　　　　Defendant is represented by counsel, through whom all motions should be filed. See LR IA 10-6(a) ("A party who has appeared by attorney cannot while so represented appear or act in the case.").

　　　　Accordingly, **IT IS HEREBY ORDERED** that defendant's Motion for Temporary Exemption from Local Rule (doc. # 24), and Motion to Dismiss Counsel and Appoint New Counsel (doc. # 25) are **denied without prejudice**.

　　　　DATED: March 16, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**