# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER WALKER,<br><br>　　　　　Defendant. | 2:14-cr-00335-KJD-CWH<br>**ORDER** |

Before the court is the Motion to Review Detention Order (#49).

IT IS HEREBY ORDERED that a hearing on the Motion to Review Detention Order (#49) is scheduled for 3:00 p.m., October 14, 2015, in courtroom 3D.

Any opposition to the Motion to Review Detention Order (#49) must be filed on or before October 5, 2015.  Reply due by October 13, 2015.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 25th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE