RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKLSER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Christopher Walker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHRISTOPHER WALKER,<br><br>   Defendant. | Case No. 2:14-cr-335-KJD-CWH<br><br>**STIPULATION TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Christopher Walker, that the hearing set for October 22, 2015 be vacated and the deadline for filing of Objections to the Report and Recommendation be issued.

This Stipulation is entered into for the following reasons:

1. On October 5, 2015, the defendant, Christopher Walker, filed a Motion to Re-Open the Evidentiary Hearing.  The Government opposed this request on October 14, 2015. The Court set this matter for a hearing on October 22, 2015.

2. The defendant moves to withdraw the motion previously filed and the Government does not oppose such withdrawal.

3. Therefore, the parties request the hearing set for October 22, 2015, be vacated and a new deadline for the filing of the Objections to the Report and Recommendation be issued.

This is the first request to continue filed herein.

DATED this 22nd day of October, 2015.

| RENE L. VALLADARES | DANIEL G. BOGDEN |
| Federal Public Defender | United States Attorney |

*/s/ Brenda Weksler*  */s/ Cristina D. Silva*
By_____  By_____
BRENDA WEKSLER  CRISTINA D. SILVA
Assistant Federal Public Defender  Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER WALKER,<br><br>　　　　Defendant. | Case No. 2:14-cr-335-KJD-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the evidentiary hearing set for October 22, 2015 is vacated.

　　IT IS THEREFORE ORDERED that the defendant's Objections to Report and Recommendation of U.S. Magistrate be filed by ___Nov. 6___, 2015.

　　IT IS THEREFORE ORDERED that any response from the government to the Objections to Report and Recommendation of U.S. Magistrate be filed by ___Nov. 11___, 2015.

　　IT IS THEREFORE ORDERED that the defendant's motion to re-open the evidentiary hearing (doc. # 55) is **denied as moot**.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　DATED: October 23, 2015

3