# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CHRISTOPHER WALKER,<br><br>   Defendant. | Case No. 2:14-CR-00335-KJD-CWH<br><br>**ORDER** |

   Before the Court for consideration is the Report and Recommendation (#43) of Magistrate Judge C.W. Hoffman, Jr. entered August 20, 2015, recommending that Defendant's motion to suppress (#31) be denied. Defendant filed an objection to the Report and Recommendation on November 13, 2015.

   The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#43) of the United States Magistrate Judge entered August 20, 2015, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#43) entered August 20, 2015, are **ADOPTED** and **AFFIRMED;**

DATED this 19th day of November 2015.

_____
Kent J. Dawson
United States District Judge

2