UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA , | Case No.: 2:14-CR-00335-KJD-CWH |
| Plaintiff, | |
| v. | ORDER |
| CHRISTOPHER PAUL WALKER, | |
| Defendant. | |

    Presently before the Court is Defendant's Motion for Temporary Exemption from Local Rule IA 10-6(a) (#66).  Counsel for Defendant previously filed an Objection to the Magistrate Judge's Report and Recommendation (#65).

    Defendant was appointed counsel, Brenda Weksler, Esq., in 2014.  Defendant now requests that *pro se* motions be considered by the Court only for the purpose of filing the present Motion and accompanying Opposition to the Magistrate Judge's Report and Recommendation.

    Having considered the present Motion, the Court notes Defendant's reiteration of arguments presented in the previous Objection filed by Counsel which this Court denied.

///

///

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Temporary Exemption from Local Rule IA 10-6(a) is DENIED; IT IS FURTHER ORDERED that Defendant COMPLY with Local Rule IA 10–6(a) and REFRAIN from filing motions on his own behalf, while he is represented by counsel.

DATED this 19th day of November 2015.

_____
Kent J. Dawson
United States District Judge