1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

* * *

9

UNITED STATES OF AMERICA,                    )
                                                             )

10

                                          Plaintiff,         )         2:14-cr-00335-KJD-CWH
                                                             )

11

                    vs.                                      )
                                                             )

12

CHRISTOPHER WALKER,                           )
                                                             )

13

                                          Defendant.         )         **ORDER**
                                                             )

14

15

On December 21, 2015, this Court granted the defendant's request that new counsel

16

be appointed, as stated on the record.

17

Accordingly, IT IS HEREBY ORDERED that Todd M. Leventhal, is APPOINTED

18

as counsel for Christopher Walker in place of The Federal Public Defender for all future proceedings.

19

The Federal Public Defender's office  shall forward the file to Mr. Leventhal

20

forthwith.

21

22

DATED: December 22, 2015

23

24

25

_____
                                          UNITED STATES MAGISTRATE JUDGE

26

27

28