**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cr-00335-KJD-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CHRISTOPHER WALKER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on Defendant Christopher Walker's ("defendant") letter (doc. # 100), filed May 13, 2016.

In his letter, defendant asks the Court to order his former attorney, Todd M. Leventhal ("Leventhal"), to provide the missing pages of a suppression hearing transcript that Leventhal turned over to him. Defendant contends that he contacted Leventhal regarding the missing pages but was unable to reach him. In the alternative, defendant asks the Court to send him a copy of the transcript.

A "pro se party must not send case-related correspondence, such as letters, emails, or facsimiles, to the court." Loc. R. IA 7-1(b). Moreover, all communications to the court "must be styled as a motion, stipulation, or notice" and "filed in the court's docket and served on all other attorneys or pro se parties." Id. Otherwise, the correspondence may be stricken. Id.

The Court will consider defendant's letter in this limited instance, but warns defendant that future correspondence will be disregarded and stricken from the record. Turning to defendant's request, the Court deems it appropriate to direct Leventhal to provide defendant with the missing pages he has requested so defendant can prepare his defense.

1   Accordingly, **IT IS HEREBY ORDERED** that defendant's letter (doc. # 100) is **granted**.
2 Leventhal shall provide the missing pages of the suppression hearing transcript to defendant **no later**
3 **than June 3, 2016**.

    DATED: May 20, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**