**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff, | ) | Case No.  2:14-cr-00335-HDM-CWH |
| vs. | ) | **ORDER** |
| CHRISTOPHER WALKER, | ) | |
|         Defendant. | ) | |

Presently before the Court is Defendant Christopher Walker's Motion to Admit Evidence in Regards to Motion to Suppress (ECF No. 106), filed on May 23, 2016. On May 24, 2016, the Court entered a Report and Recommendation that Defendant's Motion to Suppress (ECF No. 95) be denied. In light of that Report and Recommendation, the Court will deny Defendant's Motion to Admit Evidence in Regards to Motion to Suppress Evidence (ECF No. 106) as moot.

Also before the Court is Defendant's Motion to Compel Newly Discovered Evidence (ECF No. 107), filed on May 23, 2016. Given the impending trial date and the exigency of the request, the Court will order the Government to respond to the motion by June 1, 2016. In its response, the Government must:

(1) List all police reports related to the incident at issue and state whether they have been disclosed to Defendant, and

(2) State whether the three police reports referenced in Martina Geinzer's letter dated January 29, 2016, which is attached to Defendant's Motion to Compel, have been disclosed to Defendant.

IT IS THEREFORE ORDERED that Defendant Christopher Walker's Motion to Admit Evidence in Regards to Motion to Suppress (ECF No. 106) is DENIED as moot.

IT IS FURTHER ORDERED that the Government must file a response to Defendant's Motion to Compel Newly Discovered Evidence (ECF No. 107) by June 1, 2016, that complies with this Order.

DATED: May 25, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**