# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.  2:14-cr-00335-HDM-CWH |
| vs. | **ORDER** |
| CHRISTOPHER WALKER, | |
| Defendant. | |

Presently before the Court is Defendant Christopher Walker's Motion to Compel Evidence (ECF No. 116), filed on June 2, 2016.  Given the impending trial date and the exigency of the request, the Court will order the Government to respond by June 13, 2016.  In its response, the Government must:

(1) State whether the a copy of the police dispatch radio communications from the Las Vegas Metropolitan Police Department for event number LLV140524004470 was disclosed to Defendant, and if so, whether it was an edited or unedited copy; and

(2) State whether the complete 911 operator log from the Las Vegas Metropolitan Police Department for event number LLV140524004470 was disclosed to Defendant.

IT IS THEREFORE ORDERED that the Government must file a response to Defendant's Motion to Compel Evidence (ECF No. 116) that complies with this Order by June 13, 2016.

DATED: June 8, 2016.

C.W. Hoffman, Jr.
United States Magistrate Judge