**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No.  2:14-cr-00335-HDM-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| CHRISTOPHER WALKER, | )<br>) |
| Defendant. | )<br>) |

Presently before the court is Defendant Christopher Walker's letter (ECF No. 148), filed on July 28, 2016.  Defendant requests a copy of the court's order granting his motion to re-open the suppression hearing, which Defendant states he did not receive.  He also requests "a complete copy of court minutes and also court orders of which I have not received yet."  Having reviewed and considered Defendant's letter, and good cause appearing,

IT IS ORDERED that Defendant's request is GRANTED in part and DENIED in part.  The request for a copy of the court's order re-opening the evidentiary hearing is granted.  The Clerk of Court must mail to Defendant a copy of the court's order (ECF No. 142) dated July 22, 2016, which grants Defendant's motion to re-open the suppression hearing and sets an evidentiary hearing for Monday, August 8, 2016, at 9:00 a.m.  The request is denied without prejudice to the extent that it requests copies of all other minutes and orders that Defendant has not received.  It is the court's routine practice to serve all of its orders on pro se parties via U.S. Mail.  Given that Defendant does not specify which orders he is missing, the court cannot determine which orders to send to him.

IT IS FURTHER ORDERED that the Clerk of Court must mail a copy of the docket sheet to Defendant to enable Defendant to determine which orders he is missing.

DATED: August 2, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**