# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00335-HDM-CWH |
| Plaintiff, | |
| v. | |
| CHRISTOPHER WALKER, | **ORDER** |
| Defendant. | |

Presently before the court are Defendant Christopher Walker's motions for temporary exemption from Local Rule IA 10-6 (ECF No. 172), and motion to dismiss counsel (ECF No. 173), both filed on November 18, 2016. Both motions were filed by Defendant pro se. The government has not filed a response.

Defendant requests the temporary suspension of Local Rule IA 10-6(a), which prohibits a party who has appeared by attorney from acting pro se in that action. Defendant, who is represented by counsel in this action, makes this request so that he may bring his proposed pro se motion to dismiss counsel. Upon review, Defendant has not shown good cause to suspend the rule. The court will deny the motion for temporary exemption and instruct the Clerk of Court to strike Defendant's motion to dismiss counsel. Defendant and Defendant's counsel are advised to confer regarding the possibility of filing further motions regarding Defendant's representation.

//
//
//
//
//
//
//

1

IT IS THEREFORE ORDERED that Defendant's motion for temporary exemption from Local Rule IA 10-6 (ECF No. 172) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court must STRIKE Defendant's motion to dismiss counsel (ECF No. 173).

DATED: November 22, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge